# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: | July 21, 2008 |
| Court Reporter: | Paul Zuckerman | | |
| Probation Officer: | Keith Williams | | |
| | Marcee Fox | | |
| Interpreter: | Anna Kelsey | | |

Criminal Action No. 07-cr-00508-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                Robert Brown

    Plaintiff,

v.

MANUEL FLORES-IRGOYEN,                   Robert Pepin

    Defendant.

---

## SENTENCING MINUTES
---

**8:37 a.m.     Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on April 21, 2008. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Defendant has filed a motion for variance (Doc. #19). Argument by Mr. Pepin. The Government does not object to some form of variance.

Allocution. - Statement made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** Defendant's Motion to Reduce Sentence Deviating from Guideline Range (**Doc. #19**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:24 a.m.** **Court in recess.**

Total Time: 47 minutes.
Hearing concluded.